1110

No. 88–5159.  JACKSON v. NORTH CAROLINA.  Sup. Ct. N. C.
Certiorari denied.

No. 88–5373.  CAPERS v. SOUTH CAROLINA.  Sup. Ct. S. C.
Certiorari denied.

No. 88–5381.  WASHINGTON v. SOUTH CAROLINA.  Sup. Ct.
S. C.  Certiorari denied.

No. 88–5874.  SMITH v. MISSOURI.  Ct. App. Mo., Western
Dist.  Certiorari denied.

No. 88–6416.  SPLUNGE v. INDIANA.  Sup. Ct. Ind.  Certio-
rari denied.

No. 88–6484.  TORRES v. SULLIVAN, SECRETARY OF HEALTH
AND HUMAN SERVICES.  C. A. 1st Cir.  Certiorari denied.

No. 88–6519.  SANDERS v. ROBINSON.  C. A. 9th Cir.  Certio-
rari denied.

No. 88–6740.  DAVIS ET AL. v. MONSANTO CHEMICAL CO. ET
AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–6769.  RISK v. UNITED STATES.  C. A. 11th Cir.  Cer-
tiorari denied.

No. 88–6798.  SAGER v. MAASS, SUPERINTENDENT, OREGON
STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 88–6822.  MERCER v. UNITED STATES.  C. A. 8th Cir.
Certiorari denied.

No. 88–6843.  PALMER ET AL. v. UNITED STATES.  C. A. 7th
Cir.  Certiorari denied.

No. 88–6879.  CLEMMONS v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 88–6885.  BURTON v. UNITED STATES.  C. A. 8th Cir.
Certiorari denied.

No. 88–6959.  MENARD v. COUNTY OF HENRICO, VIRGINIA, ET
AL.  C. A. 4th Cir.  Certiorari denied.